denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ F. RICHARD BORNHURST, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern and Henry, JJ.

■ ARTHUR C. SHAFER et al., Appellants, v. AUBURN PLASTICS, INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) JOSEPH BARBATO, Respondent, v. IDA TUOSTO, as Administratrix of the Estate of CRESCENZO TUOSTO, Deceased, Appellant, and GABRIELE CANZANO, Respondent. (Aug. 1, 1962.) (B) In the Matter of the CITY OF ROCHESTER, Appellant, Relative to Acquiring Certain Lands. MAXLENE REALTY, INC., Respondent. (Aug. 9, 1962.) (C) JOSEPH COLLETTA, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent. (Aug. 1, 1962, and upon further condition that appropriate record on appeal under Rules Civ. Prac., rule 234, is filed.) (D) FRANCIS W. CUNNINGHAM, Respondent, v. FRANK L. DE FURIO, Appellant. (Aug. 6, 1962.) (E) In the Matter of the Estate of ELIZABETH E. DICKMAN, Deceased. (Brief by Aug. 6, 1962.) (F) E. EARL GILBERT, Respondent, v. IRVING BERGER et al., Appellants. (Sept. 15, 1962.) (G) FRANCIS J. GUARIGLIA, Appellant, v. FRANK L. DE FURIO et al., Respondents. (Aug. 6, 1962.) (H) ROSE M. HARTNETT, Appellant, v. HOME LIFE INS. CO., Respondent. (Aug. 1, 1962.) (I) In the Matter of the Arbitration between WILLIAM A. WELSTED & SON, Respondent, and DONALD T. HAWKINS et al., Appellants. [And Three Other Actions.] (Aug. 1, 1962.) (J) WALTER E. WILCOX, JR., Appellant, v. CHARLES W. HUNTER, Respondent. (Aug. 1, 1962.) — [In each action] Appeal dismissed unless records and briefs are filed on or before indicated date.

■ OLIN CONSTRUCTION CO., INC., Respondent, v. BUCKLEY CONSTRUCTION CORP., Appellant. SHERMAN D. OLIN et al., Doing Business as OLIN CONSTRUCTION COMPANY, Respondents, v. BUCKLEY CONSTRUCTION CORP., Appellant.— Motion granted and stay granted pending hearing and determination of appeal, upon condition that records and appellant's briefs are filed and served on or before August 1, 1962.

■ GEORGE E. SANDERSON, Appellant, v. ISADORE J. ELMAN et al., Respondents.— Motion granted to prosecute appeal on typed records and briefs; appeal dismissed unless records and briefs are filed and served on or before August 6, 1962.

■ GORDON J. SPALTY, Appellant, v. H. P. LENHARD & SONS, INC., Respondent.— Motion granted to prosecute appeal on typed records and briefs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE K. AHLET. (B) In the Matter of THOMAS L. BRATCHER v. WALTER H. WILKINS, as Warden of Attica Prison. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HORACE K. COOK. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROMAN MITCHELL v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Reargument.) (E) THE PEOPLE ex rel. PATRICK PESCE v. ROBERT E. MURPHY, as Warden of Auburn Prison. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SUMPTER v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Reargument.) (G) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS E. BRONSON, Appellant.— Appeal dismissed on stipulation. [In each action] Motion for leave to prosecute appeal as poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURD, Appellant.— Motion for reargument of motion for leave to prosecute as poor person denied; appeal dismissed unless records and briefs are filed and served on or before August 9, 1962.